

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
ASHLEY L. ZURKAN, ESQ.
Nevada Bar No. 16473
E-mail: Ashley.Zurkan@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Dave and Buster's of Nevada, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Nina Fuentes, individually,<br><br>Plaintiff,<br><br>vs.<br><br>Dave and Buster's of Nevada, LLC; and Does 1-50, Roe Corporations 51-100, inclusive,<br><br>Defendant. | Case No.: 2:25-cv-00512-GMN-EJY<br><br>~~Proposed~~ Stipulated Discovery Plan and Scheduling Order; Submitted in Compliance with LR 26-1(b) |

1. **Meeting**: The parties conducted the Rule 26(f) conference on March 26, 2025.

2. **Pre-Discovery Disclosures**: Defendant served its disclosures on March 19, 2025. Plaintiff will have served her disclosures by March 28, 2025.

3. **Discovery Plan**: The parties propose the discovery period below, calculated from Defendant's March 19, 2025 Petition for Removal.

| | |
|---|---|
| Amending the Pleadings and Adding Parties | June 17, 2025 |
| Initial Expert Disclosures & Interim Status Report | July 17, 2025 |
| Rebuttal Expert Disclosures | August 18, 2025 |
| Discovery Closes | September 15, 2025 |

309969596v.1

| | |
|---|---|
| Dispositive Motions | October 15, 2025 |
| Pre-Trial Order, if no Dispositive Motions | November 14, 2025 |

The parties certify that they have conferred about the possibility of using alternative dispute resolution processes, but concluded they are not mutually beneficial at this time. Further, the parties have discussed electronic evidence but to date have no electronic evidence to present.



NEVADA LAW GROUP

*/s/ Ashley L. Zurkan*
Michael P. Lowry, Esq.
Nevada Bar No. 10666
Ashley L. Zurkan, Esq.
Nevada Bar No. 16473
Attorneys for Dave and Buster's of Nevada, LLC

*/s/ Jamie Corcoran*
Alexander McTarian, Esq.
Nevada Bar No. 14404
Jamie Corcoran, Esq.
Nevada Bar No. 11790
Attorneys for Nina Fuentes

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Date: March 27, 2025

-2-

309969596v.1