

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
ASHLEY L. ZURKAN, ESQ.
Nevada Bar No. 16473
E-mail: Ashley.Zurkan@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Dave and Buster's of Nevada, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Nina Fuentes, individually,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Dave and Buster's of Nevada, LLC; and Does 1-50, Roe Corporations 51-100, inclusive,<br><br>　　　　　　　Defendant. | Case No.: 2:25-cv-512<br><br>**Stipulation and Order to Extend Discovery (First Request)** |

**I.     Summary of Discovery Completed**

　　　a.  All parties have served FRCP 26(a)(1) disclosures.

　　　b.  Defendant served written discovery requests which Plaintiff has responded to. Plaintiff has recently served written discovery requests to Defendant with responses pending.

　　　c.  Defendant subpoenaed Depositors Insurance Company for its records surrounding a prior motor vehicle accident involving Plaintiff. Defendant then disclosed Depositors Insurance Company's materials to Plaintiff.

　　　d.  Defendant subpoenaed Gallagher Bassett for its records surrounding a prior motor vehicle accident involving Plaintiff. Defendant then disclosed Gallagher Bassett's materials to Plaintiff.

314622717v.1

    **e.** Defendant currently has eighteen pending medical records requests for Plaintiff's treating providers.

## II. Discovery Remaining

    **a.** Responses to written discovery described above.

    **b.** Depositions of parties.

    **c.** Depositions of treating physicians.

    **d.** Expert witness designations.

    **e.** Depositions of expert witnesses.

    **f.** Other discovery as needed.

## III. Why the Remaining Discovery Could not be Completed

The case was removed on March 20, 2025. The parties agreed to the standard 180-day discovery period calculated from the removal. While the parties have made meaningful progress in gathering information related to this case, significant material facts remain to be gathered. The most pertinent to Defendant independently pursuing Plaintiff's medical records. Defendant has recently discovered additional medical providers that have been requested as of June 5, 2025, and are currently pending responses. Both sides want to gather further facts before starting depositions or preparing for expert disclosures.

## IV. Proposed Schedule for Completing All Remaining Discovery

|  | **Current Deadline** | **Proposed Deadline** |
| --- | --- | --- |
| Amending Pleadings and Adding Parties | June 17, 2025 | August 18, 2025 |
| Initial Expert Disclosures | July 17, 2025 | September 15, 2025 |
| Rebuttal Expert Disclosures | August 18, 2025 | October 17, 2025 |
| Discovery Closes | September 15, 2025 | November 14, 2025 |
| Dispositive Motions | October 15, 2025 | December 15, 2025 |
| Pre-Trial Order, if no Dispositive Motions | November 14, 2025 | January 13, 2026 |

314622717v.1

| | |
|---|---|
| **WILSON ELSER**<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | NEVADA LAW GROUP |
| */s/ Michael Lowry*<br>Michael P. Lowry<br>Nevada Bar No. 10666<br>Ashley L. Zurkan<br>Nevada Bar No. 16473<br>Attorneys for Dave and Buster's of Nevada, LLC | */s/ Levon Vardanyan*<br>Alexander McTarian<br>Nevada Bar No. 14404<br>Jamie Corcoran<br>Nevada Bar No. 11790<br>Levon Vardanyan<br>Nevada Bar No. 16644<br>Attorneys for Nina Fuentes |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: June 25, 2025

-3-

314622717v.1