**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
ASHLEY L. ZURKAN, ESQ.
Nevada Bar No. 16473
E-mail: Ashley.Zurkan@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Dave and Buster's of Nevada, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Nina Fuentes, individually, | Case No.: 2:25-cv-512 |
| Plaintiff, | |
| vs. | **Stipulation and Order to Dismiss with Prejudice** |
| Dave and Buster's of Nevada, LLC; and Does 1-50, Roe Corporations 51-100, inclusive, | |
| Defendant. | |

The parties stipulate to dismiss with prejudice, each to bear their own fees and costs. No trial date was scheduled.

| | |
|---|---|
| NEVADA LEGAL GROUP<br><br>BY: _____<br>ALEXANDER MCTARIAN<br>Nevada Bar No. 14404<br>JAMIE CORCORAN<br>Nevada Bar No. 11790<br>LEVON VARDANYAN<br>Nevada Bar No. 16644<br>3225 S. Rainbow Blvd., Ste. 204.<br>Las Vegas, NV 89146<br>Attorneys for Nina Fuentes | **WILSON ELSER**<br><br>*Ashley Zurkan*<br>BY: _____<br>MICHAEL P. LOWRY<br>Nevada Bar No. 10666<br>ASHLEY L. ZURKAN<br>Nevada Bar No. 16473<br>6689 Las Vegas Blvd. South, Ste. 200<br>Las Vegas, NV 89119<br>Attorneys for Dave and Buster's of Nevada, LLC |

IT IS SO ORDERED

Dated this ___23___ day of September, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court

318060403v.1